**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:18-cv-01516-LO-IDD |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| **Defendants.** | |

**NOTICE OF AGREED STIPULATED DISMISSAL WITH PREJUDICE**
**AS TO CERTAIN DEFENDANTS**

Plaintiff Juul Labs, Inc. ("Plaintiff") and certain Defendants have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement Agreement. Now the parties hereby move for an order dismissing all claims in this action asserted between them with prejudice.

This dismissal only pertains to the Defendants indicated herein and does not constitute a dismissal of all Defendants. The parties hereby agree to waive a hearing on this Motion. The defendant number provided corresponds to the Defendant's information in Schedule A to the Verified Complaint ("Schedule A"):

| No. | Seller ID/Defendant Store | Defendant Email |
|---|---|---|
| 2 | fxl-store | eurohkdapp35@outlook.com |
| 3 | huanhuanjewelry | zhishaofeng1990@126.com |
| 4 | jxhzmy | zhishaofeng1990@126.com |
| 5 | jxhz | zhishaofeng1990@126.com |
| 6 | candygirljewelry | zhishaofeng1990@126.com |
| 8 | fashionmanruan | zhishaofeng1990@126.com |

| No. | Seller ID/Defendant Store | Defendant Email |
|---|---|---|
| 11 | dearpanda | morning22xx@hotmail.com |
| 12 | wangjianji123 | h34jian532jiW@hotmail.com |
| 13 | ltj2tes-1 | xuxingxiong2011@163.com<br>sunsanbaby@yahoo.com<br>sunshineshinne@outlook.com |
| 15 | Elio Cigarrillo Electronico Store | chengyuefei003@163.com |

Date: April 26, 2019

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*