IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., *Plaintiff*, v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, *Defendants*. | Case No. 1:18-cv-1516 |

## ORDER

The Court has received Plaintiff's Notice of Agreed Stipulated Dismissal with Prejudice as to a Certain Defendant (Dkt. 64) and finds good cause to **GRANT** the motion. The Complaint is **DISMISSED WITH PREJUDICE** as to the following Defendant only:

| No. | Seller ID/Defendant Store | Defendant Email |
|---|---|---|
| 7 | greatoutdoor | yeechendapp@gmail.com |

It is **SO ORDERED**.

May 30, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge